# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2428392 Inc., et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01702-NONE-JLT<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND THEN TO CLOSE THE ACTION<br><br>(Doc. 9) |

The plaintiff has filed a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).  (Doc. 9.)  Accordingly, the Clerk of Court is directed to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:  **March 12, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE